## (March 24, 1966)

■ BARBARA A. HART, Respondent, v. MARION A. HART et al., as Executors of JAMES A. HART, Deceased, Appellants.— Interlocutory judgment unanimously modified, on the law, the facts and in the exercise of discretion, so as to reduce the allowance of counsel fee to $3,000 and, as thus modified, affirmed, without costs or disbursements. In the circumstances the counsel fee allowed was excessive. Concur — Botein, P. J., McNally, Eager and Staley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO RIZZI, Appellant.— Order, entered on May 4, 1965, denying, without a hearing, a petition for a writ of error *coram nobis*, unanimously affirmed on the opinion of Mr. Justice GELLER [47 Misc 2d 948]. No opinion. Concur — Stevens, J. P., Eager, Steuer and Staley, JJ.

■ SAFER BEEF Co., INC., Respondent, v. NORTHERN BONELESS BEEF, INC., et al., Appellants.— Order entered on December 24, 1965, settling transcript, unanimously reversed to the extent appealed from, on the law and on the facts, with $50 costs and disbursements to abide the event; and defendants-appellants' proposed amendment 1 (calling for inclusion of the Aronson testimony in the transcript of the trial) is allowed. (See *Perry* v. *Tauro,* 21 A D 2d 804; 7 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 5525.02.) Concur — Botein, P. J., Breitel, Steuer and Staley, JJ.

### (Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CARUSO, Appellant.— Order, entered on October 8, 1965, unanimously affirmed. No opinion. The order of this court, entered on March 22, 1966 [25 A D 2d 720], is vacated. Concur — Breitel, J. P., Rabin, McNally, Stevens, and Eager, JJ.